| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) | CHARLES K. VERHOEVEN (CA Bar No. 170151) |
| shosie@hosielaw.com | charlesverhoeven@quinnemanuel.com |
| DIANE S. RICE (CA Bar No. 118303) | JENNIFER A. KASH (CA Bar No. 203679) |
| drice@hosielaw.com | jenniferkash@quinnemanuel.com |
| GEORGE F. BISHOP (CA Bar No. 89205) | KEVIN A. SMITH (CA Bar No. 250814) |
| gbishop@hosielaw.com | kevinsmith@quinnemanuel.com |
| HOSIE RICE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Transamerica Pyramid | |
| 600 Montgomery Street, 34th Floor | 50 California Street, 22nd Floor |
| San Francisco, CA 94111 | San Francisco, CA 94111-4788 |
| (415) 247-6000 Tel. | (415) 875-6600 Tel. |
| (415) 247-6001 Fax | (415) 875-6700 Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *MASTEROBJECTS, INC.* | *YAHOO!, INC.* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. C 11-2539 JSW <br><br> **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER** |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Yahoo!, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about May 25, 2011, Plaintiff served its Original Complaint upon Defendant; Plaintiff's Complaint alleges counts for patent infringement, including direct infringement, induced infringement, contributory infringement, and willful infringement;

WHEREAS, Defendant filed its Amended Answer and Counterclaims on or about August 8, 2011, and Plaintiff filed its Answer to Amended Counterclaims on or about August 29, 2011.

WHEREAS, MasterObjects has subsequently had one additional patent issue, U.S. Patent No. 8,060,639 ("System and Method for Utilizing Asynchronous Client Server Communication Objects");

WHEREAS, MasterObjects has received a Notice of Allowance for U.S. Patent Application No. 09/933,493 ("System and Method for Asynchronous Client Server Session Communication") that a third patent will issue shortly;

WHEREAS, the parties agree that administrative and judicial efficiency will be served if all the above MasterObjects patents, and claims arising thereunder, are asserted together and on a consolidated schedule;

WHEREAS, Defendant and Plaintiff have agreed and stipulated to Plaintiff's filing of the First Amended Complaint, to add these subsequent patents to this case;

WHEREAS, the Initial Case Management Conference took place on September 30, 2011, and the Court at that time ordered a schedule for this case; and

WHEREAS, Plaintiff and Defendant have agreed to the following schedule, subject to permitting the inclusion of the additional patents, and subject to this Court's convenience:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production [Pat. L.R. 3.1-3.2] | 11/7/11 | 12/28/11 |
| Invalidity Contentions and accompanying document production [Pat. L.R. 3.3-3.4] | 12/21/11 | 2/20/12 |
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | 1/4/12 | 3/5/12 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | 1/25/12 | 3/26/12 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | 2/21/12 | 4/20/12 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | 3/22/12 | 5/21/12 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | 4/6/12 | 6/5/12 |
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | 4/20/12 | 6/19/12 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | 4/27/12 | 6/26/12 |
| Tutorial | (Approximately Two Weeks After Service of Reply Briefs, Subject to Court's Availability) | (Approximately Three Weeks After Service of Reply Briefs, Subject to Court's Availability) July 17, 2012 at 1:30 p.m. |
| Claim Construction Hearing [Pat. L.R. 4.6] | Subject to Court's availability | Subject to Court's availability July 24, 2012 |

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Plaintiff may have leave to file its First Amended Complaint, attached hereto as Exhibit 1, and that the case management dates set forth in Attached shall be ordered.

STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER     2     CASE NO. C 11-2539 JSW

Dated: December 7, 2011         Respectfully submitted:

                                   By:  */s/ Spencer Hosie*
                                        Spencer Hosie
                                        Attorneys for Plaintiff
                                        *MasterObjects, Inc.*


                                   By:  */s/ Jennifer A. Kash*
                                        Jennifer A. Kash
                                        Attorneys for Defendant
                                        *Yahoo!, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: December 7, 2011

                                                       */s/ Spencer Hosie*
                                                        Spencer Hosie

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Leave to file Plaintiff's First Amended Complaint and to Amend Case Management Schedule is GRANTED.

Dated: December 9, 2011

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE