SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

CHARLES K. VERHOEVEN (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH (CA Bar No. 203679)
jenniferkash@quinnemanuel.com
KEVIN A. SMITH (CA Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
(415) 875-6600 Tel.
(415) 875-6700 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

*Attorneys for Defendant*
*YAHOO!, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MASTEROBJECTS, INC.,

   Plaintiff,

v.

YAHOO!, INC.,

   Defendant.

Case No.  C 11-2539 JSW

**STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER**

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Yahoo!, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about May 25, 2011, Plaintiff served its Original Complaint upon Defendant; Plaintiff's Complaint alleges counts for patent infringement, including direct infringement, induced infringement, contributory infringement, and willful infringement;

WHEREAS, Defendant filed its Amended Answer and Counterclaims on or about August 8, 2011, and Plaintiff filed its Answer to Amended Counterclaims on or about August 29, 2011.

WHEREAS, on December 9, 2011, the Court, pursuant to stipulation, granted plaintiff leave to amend its complaint to add claims for infringement of two patents that issued after the filing of the original complaint, and also granted the parties' request for an amended case management schedule;

WHEREAS, Defendant and Plaintiff have agreed and further stipulated to amending the current case management schedule so as to extend by 14 days the dates for only (a) the P.L.R. 4.2 Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence, to April 9, 2012, and (b) the P.L.R. 4.3 filing of the Joint Claim Chart, Worksheet and Hearing Statement, to May 4. 2012;

WHEREAS, the requested amendment would not change any other date on the current case management schedule, and would still leave more than a month from filing of the Joint Claim Chart before the filing of the Opening Claim Construction Brief, on June 5, 2012; and

WHEREAS the parties agree that the extension of dates requested herein would serve the purpose of more efficient preparation of this case for claim construction and would

facilitate the parties' good faith efforts to narrow the issues for claim construction (P.L.R. 4.7);

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that the Amended Case Management Order, entered on December 9, 2011, is hereby amended so that the due dates for the following activities are as set forth below:

| | |
|---|---|
| P.L.R. 4.2 Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence | April 9, 2012 |
| P.L.R. 4.3 Filing of the Joint Claim Chart, Worksheet and Hearing Statement | May 4. 2012 |

Dated: March 21, 2012  Respectfully submitted:

By: __/s/ George F. Bishop_____
    George F. Bishop
    Attorneys for Plaintiff
    *MasterObjects, Inc.*

By: __/s/ Kevin A. Smith_____
    Kevin A. Smith
    Attorneys for Defendant
    *Yahoo!, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: March 21, 2012

    __/s/ George F. Bishop_____
    George F. Bishop

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties' stipulated motion to amend the Case Management Schedule is GRANTED. The due dates for the following activities are now as set forth below:

| | |
|---|---|
| P.L.R. 4.2 Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence | April 9, 2012 |
| P.L.R. 4.3 Filing of the Joint Claim Chart, Worksheet and Hearing Statement | May 4. 2012 |

Dated: March 22, 2012

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE