**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL: (415) 875-6600 FAX: (415) 875-6700

July 21, 2012

Hon. Jeffrey S. White
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   <u>MasterObjects, Inc. v. Yahoo! Inc., No. C-11-2539</u>

Dear Judge White:

Pursuant to the Court's Tentative Ruling and Questions on Claim Construction (Dkt. 49), Yahoo! identifies the following additional authorities it intends to rely on during the July 24, 2012, claim construction hearing:

1.   *Edwards Lifesciences LLC v. Cook, Inc*., 582 F.3d 1322, 1334 (Fed. Cir. 2009)

2.   *Acumed LLC v. Stryker Corp*., 483 F.3d 800, 806 (Fed. Cir. 2007)

3.   *Andersen Corp. v. Fiber Composites, LLC*, 474 F.3d 1361, 1374 (Fed. Cir. 2007)

4.   *Norian Corp. v. Stryker Corp*., 432 F.3d 1356, 1362 (Fed. Cir. 2005)

5.   *Springs Window Fashions LP v. Novo Indus., L.P*., 323 F.3d 989, 995 (Fed. Cir. 2003)

6.   *CCS Fitness, Inc. v. Brunswick Corp*., 288 F.3d 1359, 1366-67 (Fed. Cir. 2002)

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

02917.51875/4869155.1

7. *Cisco Sys., Inc. v. Teleconference Sys., LLC*, No. 09-1550-JSW, 2011 WL 5913972, at *8 (N.D. Cal. Nov. 28, 2011)

8. *Syngor, Inc. v. Artesyn Techs., Inc.*, No. 2:07-cv-497, 2010 WL 2991037, at *26-28 (E.D. Tex. July 26, 2010)

9. *Am. Med. Sys., Inc. v. Biolitec, Inc.*, 666 F. Supp. 2d 216, 223 (D. Mass. 2009)

For the court's convenience courtesy copies of these authorities will be delivered to chambers on Monday and copies brought to the hearing

Respectfully submitted,

*/s/ Kevin A. Smith*


cc: All counsel of record.