UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No. 3:2011-cv-02539-JSW |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING USE OF VISUAL AIDS AT JULY 17, 2012 HEARING |
| v. | |
| YAHOO! INC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING USE OF**

**VISUAL AIDS AT JULY 24, 2012 HEARING**

CAME FOR CONSIDERATION the Joint Stipulation Regarding Use of Visual Aids at July 24, 2012 hearing.  After consideration, the Court orders the Stipulation to be GRANTED.

Counsel are permitted to (1) bring laptop computers into the Courtroom, and (2) present Power Point slides through the Court's audio-visual system during the hearing scheduled for Tuesday, July 24, 2012.

IT IS SO ORDERED.

DATED:  __July 23, 2012_____ ___

_____

Hon. Jeffrey White
United State District Judge

ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE AND/OR FEDERAL SECURITY SERVICES
TO ADMIT INTO FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT HEARING