QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
Matthew D. Cannon (Bar No. 252666)
matthewcannon@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

**Attorneys for Defendant Yahoo! Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.<br><br>              Plaintiff,<br><br>       vs.<br><br>YAHOO!, INC.<br><br>              Defendant. | CASE NO. 3:11-cv-02539-JSW<br><br>**NOTICE OF WITHDRAWAL OF ALEXANDER C. TOUMA AS ATTORNEY OF RECORD FOR YAHOO!, INC.**<br><br>Honorable Jeffrey S. White |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

　　　　PLEASE TAKE NOTICE that the appearance of Alexander C. Touma of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, is hereby withdrawn in this matter.  All other attorneys of record listed above for Quinn Emanuel Urquhart & Sullivan, LLP will continue as counsel for Yahoo!, Inc.

| | | |
|---|---|---|
| 1 | DATED: May 30, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By /s/ *Matthew D. Cannon* |
| | | Matthew D. Cannon |
| 4 | | Attorney for Defendant, Yahoo! Inc. |