SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YAHOO!, INC.,<br><br>　　　　Defendant. | Case No. C 11-2539 JSW<br><br>**PLAINTIFF MASTEROBJECTS, INC.'S NOTICE OF ORDER ON EBAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING U.S. PATENT NOS. 8,112,529 AND 8,060,639** |

Plaintiff MasterObjects, Inc., ("MasterObjects") respectfully submits this Notice to apprise the Court of an order denying a motion for partial summary judgment of invalidity for indefiniteness in a pending litigation over U.S. Patent No. 8,112,529 ("'529") and U.S. Patent No. 8,060,639 ("'639"), both of which are asserted in the instant case. "Order Re: Defendant's Motion for Partial Summary Judgment," filed August 13, 2013 in *MasterObjects, Inc. v. eBay, Inc.*, Case No. 3:12-cv-680 JSC (N.D. Cal.) ("*eBay*") (*eBay* Dkt. No. 74). The *eBay* Order is attached as Exhibit A.

Dated: August 13, 2013                Respectfully submitted:

                                                        */s/ Spencer Hosie*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*MasterObjects, Inc.*