UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>              Plaintiff,<br>   v.<br>YAHOO! INC.,<br><br>              Defendant.<br>_____/ | No. C 11-02539 JSW (LB)<br><br>**ORDER REGARDING THE PARTIES' FEBRUARY 13, 2014 JOINT DISCOVERY LETTER BRIEF**<br><br>[Re: ECF No. 70] |

The parties have a discovery dispute about whether Yahoo! needs to produce a Rule 30(b)(6) witness to testify about matters that two of its employees previously testified about in their individual capacities. *See* 2/13/2014, ECF No. 70. Yahoo! now agrees to be bound by their testimony. *Id.* at 2. MasterObjects objects that the earlier depositions occurred before document production and source code inspection and thus prepared for the depositions differently than it would now that it has more information. *Id.* at 3. MasterObjects also notes that Yahoo! never suggested previously that the individual employees' testimony would be in lieu of a Rule 30(b)(6) deposition and instead said that it would produce a Rule 30(b)(6) witness upon receipt of a proper notice. *Id.* at 4-5.

The court held a hearing on the matter on March 6, 2014. For the reasons stated on the record, and with the agreement of the parties, the court **ORDERS** that Yahoo! produce a Rule 30(b)(6) witness who may be deposed about the topic(s) discussed at the hearing for up to 4 hours.

C 11-02539 JSW (LB)
ORDER

1 **IT IS SO ORDERED.**

2 Dated: March 7, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-02539 JSW (LB)
ORDER

2