**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

YAHOO! INC.,

    Defendant.

No. C 11-02539 JSW

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

On April 2, 2014, this Court issued an order staying this matter pending resolution of the appeal in *MasterObjects, Inc. v. Google Inc.*, 11-cv-01054 PJH, currently before the Federal Circuit. Having received the parties' joint notice indicating the Federal Circuit's affirmance, the Court GRANTS the parties' request to lift the stay and sets this matter for further case management conference on January 9, 2015 at 11:00 a.m. A joint case management conference statement shall be filed no later than January 2, 2015.

**IT IS SO ORDERED.**

Dated: December 4, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 3:11-cv-02539-JSW   Document 86   Filed 12/04/14   Page 2 of 2